IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01887-AP

JOHN DURBIN,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**      **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Elliot Bloodsworth
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
elliot.bloodsworth@dawesandharris.com

For Defendant:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570/Fax: (303) 844-0770
debra.meachum@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** 9/22/06
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** 10/16/06
   C.   **Date Answer and Administrative Record Were Filed:** 12/15/06

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**   To the best of his knowledge, the record is complete.
**Defendant states:** To the best of her knowledge, the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:** None anticipated.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**   To the best of his knowledge, this case does not involve unusual claims or defenses.
**Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.   OTHER MATTERS**

**Plaintiff states:**   None anticipated.
**Defendant states:** None anticipated.

**8.   PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:**   March 1, 2007
   B.   **Defendant's Response Brief Due:**   April 1, 2007
   C.   **Plaintiff's Reply Brief Due:**   April 16, 2007

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    A.   **Plaintiff's Statement:**.   Oral argument not requested.
    B.   **Defendant's Statement:**   Oral argument not requested.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.   ( x ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 5th day of <u>January</u>, 2007.

                                                      BY THE COURT:

                                         *S/John L. Kane*
                                         U.S. DISTRICT COURT JUDGE

- 4 -

APPROVED:

| | |
|---|---|
| s/Elliot Bloodsworth, Esq. 1/4/07<br>Elliot Bloodsworth<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>elliot.bloodsworth@dawesandharris.com<br><br>Attorney for Plaintiff. | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By:  s/Debra J. Meachum 1/4/07<br>     Debra J. Meachum<br>     Special Assistant U.S. Attorney<br>     1961 Stout Street, Suite 1001A<br>     Denver, Colorado  80294<br>     Telephone:  (303) 844-0812<br>     debra.meachum@ssa.gov<br><br>     Attorneys for Defendant. |