# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-01887-AP**

**JOHN DURBIN,**

        **Plaintiff,**

**vs.**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**

        **Defendant.**

___

# **ORDER**
___

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #20), filed May 25, 2007, it is

ORDERED that the Motion is GRANTED. Plaintiff is awarded EAJA attorney fees in the amount of **$3435.13** to be made payable to Elliot L. Bloodsworth, Attorney for John Durbin.

DATED this 25th day of May, 2007.

        BY THE COURT:

        *S/John L. Kane*
        U.S. District Court Judge